[No. 38600-3-II.   Division Two.   August 9, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY D. MEREDITH, *Appellant*.

The opinion in the above captioned case, which appeared in the advance sheets at 163 Wn. App. 75-88, has been omitted from this permanent bound volume because of an amendment of the opinion made by an order of the Court of Appeals dated November 9, 2011. The opinion, as modified, appears at 165 Wn. App. 704.